United States District Court
Southern District of Texas
**ENTERED**
March 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES BOGGESS,<br>Plaintiff, | § § § § § § § § § § § | CIVIL ACTION NO.<br>4:19-cv-00814<br><br>JUDGE CHARLES ESKRIDGE |
| vs. | | |
| UNION PACIFIC RAILROAD<br>COMPANY,<br>Defendant. | | |

AMENDED SCHEDULING ORDER

The Court GRANTS the agreed motion to extend deadlines. Dkt 17. The following schedule will control disposition of this case:

1a.   06/17/2020   **EXPERTS (other than attorney's fees)**

The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Fed. R. Civ. P. 26(a)(2).

1b.   07/17/2020   The opposing party must designate expert witnesses in writing and provide the required report under Fed. R. Civ. P. 26(a)(2).

2.   08/21/2020   **COMPLETION OF DISCOVERY**

Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may by agreement continue discovery beyond the deadline.

3.   09/08/2020   **DISPOSITIVE AND NONDISPOSITIVE MOTIONS DEADLINE (except for motions *in limine*)**

No party may file any motion after this date except for good cause shown.

4.  <u>10/09/2020</u>     **MEDIATION OR SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE**

The parties must complete mediation or other form of dispute resolution.

5.  <u>11/09/2020</u>     **DEADLINE FOR JOINT PRETRIAL ORDER AND MOTIONS *IN LIMINE***

The Joint Pretrial Order must contain the pretrial disclosures required by Fed. R. Civ. P. 26(a)(3). Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with applicable rules.

6.  <u>12/21/2020 at 9:30 a.m.</u>     **DOCKET CALL**

Docket call will occur at 9:30 a.m. in Courtroom 8B, United States Courthouse, 515 Rusk, Houston, Texas. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable.

Any party wishing to make a discovery or scheduling motion must arrange for a pre-motion conference with the Court before the submission of motion papers. This includes any motion to compel, to quash, for protection, or extension. Follow Section 15 of the Court's procedures.

Signed on March 11, 2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge