United States District Court
Southern District of Texas
**ENTERED**
June 01, 2020
David J. Bradley, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES BOGGESS, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:19-cv-00814 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| UNION PACIFIC | § | |
| RAILROAD COMPANY, | § | |
| Defendant. | § | |

### ORDER

Plaintiff Charles Boggess has filed a motion to dismiss his case against Union Pacific Railroad Company with prejudice. Dkt 19.

The motion is GRANTED.

All claims against Defendant Union Pacific Railroad Company are DISMISSED WITH PREJUDICE.

Plaintiff Charles Boggess may move within sixty days to reinstate his claims against Union Pacific Railroad Company if approval of documentation or condition precedent fails.

Signed on June 1, 2020, at Houston, Texas.

*[signature: Chas R Eskridge]*
Hon. Charles Eskridge
United States District Judge